**Corinna-Bridgett** [Family: Oleson], *suae potestas esse*[1],
One of the sovereign American People living in Oregon,
In care of: 18675 Southwest Kinnaman Road,
Aloha (07), Oregon, United States of America
ZIP Exempt (per USPS D.M.M., Section 122.32)

FILED'08 SEP 08 1459USDC-ORP

# In the District Court of the United States,
# for the Federal District of Oregon,

### sitting at Portland, Oregon.

|  |  |
|---|---|
| "WASHINGTON MUTUAL BANK, N. A.", a foreign banking corporation, Borrower, and *ens legis* "person", <br> (putative[2]) Plaintiff. <br> Vs. <br><br> "CORINNA OLESON"; and All OCCUPANTS of Address: 18675 SW Kinnaman Rd, Aloha, OR 97007", *ens legis* persons, <br> (putative) Defendants, <br> And <br><br> **Corinna-Bridgett**, *in esse*, Principal, Lender-in-Fact, and superior Creditor, <br> Third Party Intervener of Right. | Case No. **CV08-0813PK** <br> **In Admiralty** <br><br> **Defendants' Motion for Findings of Fact and Conclusions of Law** <br><br> **Notice to Court of Teresa M. Shill's Violations of 18 U.S.C. Sections 3, 4, 241, 1341, 1343, 1346, 1956, 1961, 1962, 1963, and 1964 et seq. (R.I.C.O.)** <br><br> **Demand for Common Law Trial by Jury** <br> (Seventh Amendment) |

The above named *ens legis* Defendants' (*i.e.,* artificial "persons"), by and through the live Third Party Intervener of Right **Corinna-Bridgett**, hereby move the court for the following Findings of Fact and Conclusions of Law regarding "Judge" Ancer L. Haggerty's "ORDER TO REMAND" signed on August 31, Anno Domini 2008.

---

[1] *suae potestas esse* – having full Power and Authority over one's own dominions

[2] **putative** (adjective) - commonly put forth or accepted as true on inconclusive grounds

## Findings of Fact

1. Please state the name of each competent fact witness who appeared and testified on behalf of the plaintiff.

2. Please cite, from the record, verbatim, all testimony occurring in the record by witnesses for either the plaintiff or defendant.

3. Please cite, from the record, what evidence was reliable to determine that **Nancy E. Hochman** is a lawful Oregon circuit court judge constitutionally empowered to enter into the duties of the office of an Oregon circuit court judge.

## Conclusions of Law

4. Please cite where Congress has repealed <u>Federal Rules of Evidence,</u> RULE 201(4) and that Rule's requirement that where the court is on notice of certain Adjudicative Facts and the opposing party has entered no objection to the Adjudicative Facts, that the court has a **non-discretionary duty** to conduct a jury trial and instruct the jury that the jury shall regard the factual contentions of Judicial Notice as conclusive.

5. Please cite where the United States Supreme Court has reversed the following authorities: *International Postal Supply Company v. Bruce* (05/31/04) 194 U.S. 601, 48 L. Ed. 1134, 24 S. Ct. at page 609. *Old Colony Trust Company v. City of Seattle et al.* (06/01/26) 271 U.S. 426, 46 S. Ct. 552, 70 L. Ed. at page 431, *United States v. Lee*, 106 U.S. 196, 220 and *Burton v. United States*, 202 U.S. 344, *In Re Ayers.; In Re Scott.; In Re Mccabe.* 123 U.S. 443, 31 L. Ed. 216, 8 S. Ct. at page 512, *BRISCOE ET AL. v. LAHUE ET AL.* (03/07/83) 460 U.S. 325, 103 S. Ct. 1108, 75 L. Ed. 2d 96, 51 U.S.L.W. at page 359, *Yates v. Village of Hoffman Estates, Illinois*, 209 F. Supp. 757 (N.D. Ill. 1962), ***Scheuer v. Rhodes***, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974), *Rankin v. Howard*, 633 F.2d 844 (9th Cir. 1980) cert. Denied, 451 U.S. 939, 101 S. Ct. 2020, (1981), *Pierson v. Ray,* 386 U.S. 547, 554, 87 S. Ct. 1213 (1967), and *Gregory v. Thompson,* 500 F.2d 59 (9th Cir. 1974) cohesively demonstrating that judges **are not** immune from civil and criminal damages where the judge, proceeding according to a private prior agreement, uses judicial position for purposes of fraud and extortion.

6. Please cite the authorities the court found reliable to vitiate law occurring at *Sun Valley Foods Co. v. Detroit Marine Terminals, Inc.* 801 F.2d 186, 189 (6th Cir. 1985) (quoting Resolute Ins. Co. v. *North Carolina* 397 F.2d 586, 589 (4th Cir. 1968)), *Wood v. Orange County*, 715 F.2d 1543, 1547 (11th Cir. 1983), cert. Denied, 467 U.S. 1210, 104 S. Ct. 2398, 81 L. Ed. 2d 355 (1984), *James v. Draper* (In re. Lake), 202 B.R. 754, 758 (B.A.P. 9th Cir. 1996), *Kalb v. Fuerstein*, 308 U.S. 433, 438-40 (1940), *Plyer v. Moore*, 129 F. 3d 728, 732 (4th Cir. 1997), *Young v. Murphy*, 90 F.3d 1225, 1230 (7th Cir. 1992), and *In re: Gruntz*, 202 F.3d 1074, 1079 (9th Cir. 2000) wherein controlling and persuasive

authorities validate that the federal district court has not only the power but the **fiduciary duty** to review **state court judgments obtained** by **fraud** or **in contravention of due process**.

7. Please cite that authority of the United States Supreme Court wherein the United States Supreme Court reversed that honorable court's decision in *Haines v. Kerner,* requiring that in the case of unrepresented litigants, that such unrepresented litigants are entitled to opportunity to present evidence in support of their claims.

8. If you, Ancer L. Haggerty, are unable or unwilling to answer each and every request for a Finding of Fact or Conclusion of Law, please explain why your "ORDER TO REMAND" of August 31, Anno Domini 2008 does not rise to an **intentional violation** of 18 U.S.C. Sections 3, 4, 1001 & 1503.

This commercial Instrument is signed in full harmony with F.R.Civ.P. "RULE 11".

Done and dated by my hand on this *Eighth* Day of the Ninth Month, in the Year of our Lord Yahushua, The Christ, Two-thousand-eight; and, of the Independence of these united States of America, the two hundred and thirty-second, under restricted signature, that is to say, with all One's constitutionally protected birthright Prerogatives, Immunities, and unalienable Rights reserved, and all Remedies preserved,

*Corinna-Bridgett* ..................

**Corinna-Bridgett**, *in esse,*
Third Party Intervener of Right

## Certificate of Service
(In regard to U.S. District Court Case Number CV08-0813-PK)

The Undersigned certifies, that on the *Eighth* day of September, Anno Domini 2008, she served a true, correct and complete copy of the foregoing: **Defendants' Motion for Findings of Fact and Conclusions of Law**; along with a true copy of this **Certificate of Service** upon the named Party Plaintiff shown below, by **USPS Certified Mail** (Return Receipt Requested) at the business address set forth below, a full true copy thereof with postage prepaid to the putative Plaintiff:

WASHINGTON MUTUAL BANK, N. A.
**Attention: Kerry K. Killinger**, *in esse*, Chairman, President and Chief Executive Officer
1201 Third Avenue [near: 98101]
Seattle (01), Washington
United States of America

*Corinna-Bridgett*
Corinna-Bridgett

3